**No. 68990.**—Paramount Paper Products Co. *v.* United States, protest 63/17413–13815 (Chicago).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 68991.**—I. Marc Levi *v.* United States, protest 64/5877 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, JANUARY 7, 1965

**No. 68992.**—Naftone International Corporation *v.* United States, protest 62/2621 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Projector Sonector 8," consists of parts of the Sonector 8, which takes the sound of film and amplifies it, and that said merchandise is a part or parts of a tape recorder, the claim of the plaintiff was sustained. *Electric & Musical Industries* (*US*), *Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), followed.